Eastern District of Kentucky
**FILED**
NOV -2 2018
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

JANET HARTKE,  )
   )
   Plaintiff,  )
   )
v.  )  Case No. 2:18-cv-00099-WOB-CJS
   )
LIBERTY LIFE ASSURANCE COMPANY  )
OF BOSTON,  )
   )
   Defendant.  )

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed said stipulation and being duly advised, now GRANTS same.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

This 2nd day of November, 2018.

_____
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE

DISTRIBUTION:
Eric P. Mathisen
eric.mathisen@ogletree.com
Philip G. Fairbanks
pgf@austinmehr.com
K. Cody Allison
cody@codyallison.com